# United States District Court
## Southern District of Georgia

CHARLES ANTHONY DAVIS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV116-140
CR110-041

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 12, 2017, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of this Court. Therefore, the Respondent's motion to dismiss is GRANTED, the Petitioner's 2255 motion is DISMISSED and this civil action stands CLOSED.

April 12, 2017
Date

Scott L. Poff
Clerk

*(signature)*
(By) Deputy Clerk